UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-526-FDW

| ANTHONY COBB, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| FRANK PERRY, et al., | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court following Plaintiff's failure to comply with the Court's order dated January 28, 2016, in which the Court allowed Plaintiff twenty days in which to amend the Complaint to cure the defects in his original Complaint. See (Doc. No. 8). The Court expressly warned Plaintiff in its order that if he failed to amend the Complaint to cure the defects within twenty days, this matter would be dismissed without prejudice and without further notice to Plaintiff. More than twenty days has elapsed since this Court's order of January 28, 2016, and Plaintiff has wholly failed to respond to the Court's order.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to respond to this Court's order dated January 28, 2016.

(2) The Clerk of this Court is directed to terminate this action.

Frank D. Whitney
Chief United States District Judge