# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anthony Cobb**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00526-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank Perry | ) | |
| George T. Solomon | | |
| Paula Smith | | |
| John Doe | | |
| Jane Does 1-100 | | |
| Ella Dixie | | |
| State of North Carolina | | |
| Wayne Miller | | |
| FNU Hinton | | |
| Edith Fultz | | |
| John Does 1-100**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

                                            March 4, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court